IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE SOCIETY OF LLOYD'S,

    Plaintiffs,

vs.                                                                    Civ. No. 02-264 LFG/WWD ACE

RICHARD A. REINHART, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Opposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment [docket no. 23]; Defendants' Motion for Extension of Page Limits for Summary Judgment Response Brief and Attachments [docket no. 24]; and a Request for Expedited Hearing [docket no. 25]. Given the nature of the motions, I find that it is unnecessary to consider a response before ruling.

**WHEREFORE,**

**IT IS ORDERED** that Defendants shall be allowed until and including July 22, 2002, in which to file a response to Plaintiff's Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that the page limit for the brief shall be extended to 70 pages and the page limit for exhibits shall be extended to 200 pages.

**FINALLY, IT IS ORDERED** that the Request for Expedited Hearing is denied.

                                                  UNITED STATES MAGISTRATE JUDGE